WASHINGTON MUTUAL BANK, FKA WASHINGTON MUTUAL BANK,
FA *v.* BEATLEY ET AL., APPELLANTS; FEDERAL DEPOSIT
INSURANCE CORPORATION, RECEIVER, APPELLEE.

[Cite as *Washington Mut. Bank v. Beatley,*
122 Ohio St.3d 1212, 2009-Ohio-2611.]

(No. 2008–1056—Submitted May 19, 2009—Decided June 10, 2009.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently certified.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Taft, Stettinius & Hollister, L.L.P., Charles A. Bowers, and Gregory J. O'Brien, for appellee.

Kevin E. Humphreys, for appellants.